EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Assistant U.S. Attorney

JUSTIN B. CLANCY
Special Assistant U.S. Attorney
300 Ala Moana Boulevard
Room 6-100
Honolulu, Hawaii  96850
Telephone: 440-9248

Attorneys for Plaintiff,
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 1 2 2002

at ____ o'clock and ____ min. ____ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

**CR02-00524**    DAE

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | CR. NO. |
| ) | |
| Plaintiff,  ) | INDICTMENT |
| ) | |
| vs.  ) | [18 U.S.C. § 2241(c)] |
| ) | |
| CONLEY L. VESSELS,  ) | |
| ) | |
| Defendant.  ) | |
| ) | |
| _____ ) | |

## INDICTMENT

The Grand Jury charges that:

From on or about March 30, 1997, to and including May

23, 1997, in the District of Hawaii, at a place within the

special maritime and territorial jurisdiction of the United

States, namely the Iroquois Point Naval Housing Area, CONLEY L.

VESSELS, defendant herein, did knowingly engage in a sexual act,

to wit: the penetration, however slight, of the genital opening

of L.R., a person who at that time had not attained the age of 12

years, with the intent to abuse, humiliate, harass, and degrade,

and arouse and gratify the sexual desires of any person.

All in violation of Title 18, United States Code,

Section 2241(c).

DATED: _12/12/02_____, 2002, at Honolulu, Hawaii.

A TRUE BILL

/s/_____
FOREPERSON, Grand Jury


EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


_____
RONALD G. JOHNSON
Assistant U.S. Attorney


_____
JUSTIN B. CLANCY
Special Assistant U.S. Attorney


UNITED STATES v. CONLEY L. VESSELS
CR. NO.
INDICTMENT