ORIGINAL

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) CR 02-00524DAE-01 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Rec. Court) 2:07-CR-0486 GEB |

| NAME OF PROBATIONER/SUPERVISED RELEASEE: CONLEY L. VESSELS ELK GROVE, CALIFORNIA | DISTRICT District of Hawaii | DIVISION Honolulu |
|---|---|---|
| | NAME OF SENTENCING JUDGE David Alan Ezra | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | 1/3/2007 to 1/2/2010 |

ORIGINAL FILED
OCT 30 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

OFFENSE
18 U.S.C. §§ 2244(a)(2), and 2244(c), and 2244(2)(A) - Aggravated Sexual Abuse

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
NOV 28 2007
at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

Oct. 10, 2007
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Eastern District of California

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10-30-07
Effective Date

_____
United States District Judge