**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
DISTRICT OF HAWAII
P.O. BOX 50129
300 ALA MOANA BLVD.
HONOLULU, HAWAII 96850

December 5, 2007

SUE BEITIA
CLERK

TELEPHONE
PH. (808) 541-1300
FAX (808) 541-1303

United States District Court
Eastern District of California (Sacramento)
4-200 Robert T. Matsui U.S. Courthouse
501 I Street
Sacramento, California 95814-7300

RE:   U.S.A. vs. Conley L. Vessels
      USDC HAWAII CR. 02-00524DAE-01
      **USDC E.D. California (Sacramento) 2:07-cr-0486GEB**

Dear Sir or Madam Clerk:

Pursuant to Rule 22 of the Federal Rules of Criminal Procedure, please find enclosed a certified copy of the following documents:

( X ) Indictment
( X ) Judgment in a Criminal Case
( X ) Transfer of Jurisdiction
( X ) Docket Sheet

Please acknowledge receipt on the copy of this letter and return.

Very truly yours,

SUE BEITIA, Clerk

by: _____
Deputy Clerk, Docketing Section

encl.
cc:   U.S. Probation - Honolulu, Hawaii
      U.S. Probation - E.D. California (Sacramento)

**Receipt is acknowledged by:** Clerk, U.S. District Court

Dated: _____   by: _____