# UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF HAWAII
P.O. BOX 50129
300 ALA MOANA BLVD.
HONOLULU, HAWAII 96850

December 5, 2007

SUE BEITIA
CLERK

TELEPHONE
PH. (808) 541-1300
FAX (808) 541-1303

R E C E I V E D
CLERK U.S. DISTRICT COURT

DEC 12 2007

11:10 Am k
DISTRICT OF HAWAII

United States District Court
Eastern District of California (Sacramento)
4-200 Robert T. Matsui U.S. Courthouse
501 I Street
Sacramento, California 95814-7300

RE:     U.S.A. vs. Conley L. Vessels
        USDC HAWAII CR. 02-00524DAE-01
        **USDC E.D. California (Sacramento) 2:07-cr-0486GEB**

Dear Sir or Madam Clerk:

Pursuant to Rule 22 of the Federal Rules of Criminal Procedure, please find enclosed a
certified copy of the following documents:

    ( X ) Indictment
    ( X ) Judgment in a Criminal Case
    ( X ) Transfer of Jurisdiction
    ( X ) Docket Sheet

**RECEIVED**

DEC 1 0 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____DEPUTY CLERK

Please acknowledge receipt on the copy of this letter and return.

Very truly yours,

SUE BEITIA, Clerk

by:
        Deputy Clerk, Docketing Section

encl.
cc:     U.S. Probation - Honolulu, Hawaii
        U.S. Probation - E.D. California (Sacramento)

**Receipt is acknowledged by:**  Clerk, U.S. District Court

Dated: _____    by: _____